E-FILED 3/19/15
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>       Plaintiff,<br><br>   v.<br><br>ZABARI BENJAMIN, in his individual and representative capacity as trustee of the Zabari Benjamin and Helena Benjamin Revocable Living Trust; HELENA BENJAMIN, in her individual and representative capacity as trustee of the Zabari Benjamin and Helena Benjamin Revocable Living Trust; OFER SHAPIRA; LIMOR SHAPIRA; THOMAS MARABELLA; ROTAM MARABELLA; SAMUEL BENJAMIN; and Does 1-10,<br><br>       Defendants. | Case: 2:15-CV-00003-PSG-MAN<br><br>**ORDER** |

## **ORDER**

   This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

1

1 Dated: 3/19/15

PHILIP S. GUTIERREZ

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28